**Appeal Dismissed and Memorandum Opinion filed March 9, 2021.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-20-00650-CV

---

## YAMAL SALEM, Appellant

### V.

## JULIE  CHEUNG, Appellee

---

**On Appeal from County Civil Court at Law No. 1
Harris County, Texas
Trial Court Cause No. 1156788**

---

### MEMORANDUM  OPINION

This is an appeal from a final judgment September 15, 2020. Appellant's brief was due January 7, 2021. No brief or motion to extend time to file the brief was filed.

On January 26, 2021, the court ordered appellant to file a brief by February 8, 2021. We cautioned that if appellant failed to comply with our order, we would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b). No brief or motion to extend time to file the brief has been filed.

Therefore, the appeal is dismissed.

PER CURIAM

Panel consists of Justices Wise, Hassan, and Wilson